IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Marc A

Printed: 8/26/08

Case Number: 07 B 22456
Judge: Goldgar, A. Benjamin
Filed: 11/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 15, 2008
Confirmed: January 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 935.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 884.51 |
| Trustee Fee: | | 50.49 |
| Other Funds: | | 0.00 |
| Totals: | 935.00 | 935.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,304.00 | 884.51 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 29,561.93 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 22.25 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 75.21 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 134.74 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 460.00 | 0.00 |
| 9. | Creditors Collection Bur | Unsecured | 64.30 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 8.82 | 0.00 |
| 11. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 12. | CB USA | Unsecured | | No Claim Filed |
| 13. | Credit Management Service | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 16. | ER Solutions | Unsecured | | No Claim Filed |
| | | | $ 32,631.25 | $ 884.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.49 |
| | $ 50.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Marc A | Case Number:  07 B 22456 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/26/08 | Filed:  11/30/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

